# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Jesse Gilmore } | **Case No: 09-73183-CMS13** |
| SSN: XXX-XX-3794 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER APPROVING MODIFICATION OF A CONFIRMED PLAN

This matter came before the Court on Tuesday, July 13, 2010 09:00 AM, for a hearing on the following:

RE: Doc #32; Debtor's Motion to Suspend Payments Nunc Pro Tunc from June 1, 2010 to August 1, 2010

Proper notice of the hearing was given and appearances were made by the following:

C David Cottingham, Trustee
Marshall Entelisano, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

THE DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS IS GRANTED TO AUGUST 2, 2010.

EFFECTIVE AUGUST 2, 2010, THE DEBTOR'S PLAN PAYMENTS ARE MODIFIED TO $238.00 BI-WEEKLY.

Dated: 07/14/2010

/s/ C. MICHAEL STILSON
C. MICHAEL STILSON
United States Bankruptcy Judge